AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF   NEVADA

TONY D. SWANSON,

      Petitioner,          JUDGMENT IN A CIVIL CASE

V.

                     CASE NUMBER: **3:07-CV-00230-RCJ-VPC**

E.K. McDANIEL, et al.,

      Respondents.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that respondents' Motion to dismiss (#36) is GRANTED. IT IS FURTHER ORDERED that petitioner's habeas corpus petition is DISMISSED with prejudice. IT IS FURTHER ORDERED that petitioner is DENIED a certificate of appealability

   September 22, 2009                            **LANCE S. WILSON**
                                                      Clerk

                                                      /s/ D. R. Morgan
                                                      Deputy Clerk