AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

TONY DeANGELO SWANSON,

     Petitioner,    JUDGMENT IN A CIVIL CASE
V.

                                   CASE NUMBER:  **3:07-cv-00232-RCJ-VPC**

DWIGHT NEVEN, et al.,

     Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that petitioner Tony DeAngelo Swanson's First Amended Petition for Writ of Habeas Corpus (# 23) is **DENIED**.

  April 27, 2015                                              **LANCE S. WILSON**
                                                                      Clerk

                                                                   /s/ D. R. Morgan
                                                                   Deputy Clerk